AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

      Plaintiff,                JUDGMENT IN A CIVIL CASE
V.

                                      CASE NUMBER: **3:06-cv-00464-BES-VPC**

NEWMAN, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff American Family's Motion for Summary Judgment (#25) is DENIED. Defendants James, Paul, and Tami Newman's Cross Motion for Summary Judgment (#28) is GRANTED.


   February 21, 2008                                                 **LANCE S. WILSON**
                                                                                        Clerk


                                                                                    /s/ Kalani Lizares
                                                                                      Deputy Clerk