AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

      Plaintiff,               AMENDED JUDGMENT IN A CIVIL CASE

V.

                                           CASE NUMBER: **3:06-cv-00464-BES-VPC**

NEWMAN, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff American Family's #25 Motion for Summary Judgment is DENIED. Defendants James, Paul, and Tami Newman's #28 Cross Motion for Summary Judgment and joined Defendants Kelly McKeon, Maria Del Socorro Perez, and Alex Rueda Joinder with #29 Opposition and Cross-Motion for Summary Judgment, be GRANTED. Judgment for Defendants, James Newman, Paul Newman, Tami Newman, Kelly McKeon, Kenzie McKeon, Maria Del Socorro Perez, Francisco Perez and Alex Rueda, and against Plaintiff, American Family Mutual Insurance Company.

  March 14, 2008                                                      **LANCE S. WILSON**
                                                                  Clerk

                                                             /s/ Kalani Lizares
                                                                Deputy Clerk