AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

      Plaintiff,

V.

TAMI I. NEWMAN, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:06-cv-00464-**BES-VPC**

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** Judgment is entered in favor of Defendants only as to the issue of the duty to defend; the issue of indemnity remains before the Court.

  March 27, 2008                                           **LANCE S. WILSON**
                                                                           Clerk

                                                                           /s/ Daniel R. Morgan
                                                                            Deputy Clerk